UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB WATSON<br><br>        Plaintiff,<br><br>    v.<br><br>YOLO COUNTY FLOOD CONTROL AND WATER CONSERVATION DISTRICT<br><br>        Defendant. | Case No. 2:06-CV-01549-FCD-DAD<br><br>**ORDER**<br><br>Judge:    Frank C. Damrell, Jr. |

On the Application to Shorten Time of Defendant Yolo County Flood Control and Water Conservation District the court finds good cause and GRANTS the application.

IT IS ORDERED that the Defendant's Motion to Amend Scheduling Order to Extend Time for Hearing of Dispositive Motions filed on August 7 2007 may be heard on August 17, 2007 at 10:00 a.m. Any opposition to the motion by Plaintiff Bob Watson shall be filed and served on August 10, 2007 no later than 4:00 p.m., and any reply thereto shall be filed and served by Defendant on August 15, 2007 no later than 4:00 p.m.

Dated: August 8, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

G:\DOCS\FCD\orders to be signed\WATSON-YOLO order shortening time.doc

1

ORDER