UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BOB WATSON<br><br>    Plaintiff,<br><br>v.<br><br>YOLO COUNTY FLOOD CONTROL AND<br>WATER CONSERVATION DISTRICT<br><br>    Defendant. | Case No. 2:06-CV-01549-FCD-DAD<br><br>**ORDER GRANTING MOTION TO AMEND STATUS (PRETRIAL SCHEDULING) ORDER**<br><br>Judge:    Frank C. Damrell, Jr. |

Having considered the Motion to Amend Scheduling Order to Extend Time for Hearing of Dispositive Motions by defendant Yolo County Flood Control and Water Conservation District and plaintiff Bob Watson's Opposition thereto, and good cause having been shown, Defendant's Motion to Amend the Pretrial Scheduling Order is GRANTED[1] as follows:

Section VI of the Scheduling Order regarding dispositive motions is hereby amended to require that dispositive motions shall be heard <u>no later than</u> September 21, 2007. All briefing on the motions shall be in compliance with Local Rule 78-230.

Dated: August 10, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs and the hearing set for August 17, 2007 VACATED. E.D. Cal. L.R. 78-230(h).

1